IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHAN TILLMAN, AIS #171116, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:11cv284-TMH |
| ) | (WO) |
| TONY PATTERSON, *et al*., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On January 16, 2014, the magistrate judge filed a recommendation in this case recommending that the petition of habeas corpus relief filed pursuant to 28 U.S.C. § 2254 be dismissed in accordance with the provisions of 28 U.S.C. § 2244(d).  Upon an independent review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 25) is adopted and that the petition for habeas corpus relief (Doc. # 1) is denied in accordance with the provisions of 28 U.S.C. § 2244(d).

Done this 20th day of March, 2014.

 /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE